NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3121

BENJAMIN DELA ROSA,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in
SF0831080451-1.

ON MOTION

## O R D E R

Upon consideration of the Office of Personnel Management's unopposed motion

for an extension of time, until June 16, 2009, to file its brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 11 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Benjamin Dela Rosa
Christopher A. Bowen, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 1 2009

JAN HORBALY
CLERK